HARRIET C. KNAPP, Appellant, *v.* THE NORTH-WESTERN MUTUAL LIFE INSURANCE COMPANY, Respondent.

(Argued October 14, 1879 ; decided January 13, 1880.)

*C. T. Bartlett* for appellant.

*W. F. Cogswell* for respondent.

CHURCH, Ch. J., FOLGER, ANDREWS and DANFORTH, JJ., agree for reversal ; MILLER, EARL and RAPALLO, JJ.. dissent.

Orders of General and Special Terms reversed.